On respondent's petition for rehearing filed February 11,
former opinion filed January 22 (288 Or 451, 605 P2d 690),
separate opinion on denial of petition
for rehearing February 26, 1980

## STATE OF OREGON,
*Respondent,*

*v.*

## NANCY LEE SCHARF,
*Petitioner.*

### (TC T-32694, CA 10121, SC 25855)

605 P2d 690

James A. Redden, Attorney General, Walter L.
Barrie, Solicitor General, and Robert C. Cannon,
Assistant Attorney General, Salem, for petition.

No appearance contra.

TANZER, J.

**TANZER, J.**

It has been my practice since joining this court not to participate in the review of cases in which I participated as a judge of the Court of Appeals. This is such a case and I am not participating in its decision. The result is unaffected by any action of mine.

To abstain in silence, however, would be misleading. Because this case was decided by a four-member majority which included my predecessor, the validity of the majority opinion as precedent depends upon whether I would have concurred. I would not necessarily in a future similar case concur in the reasoning of the majority in this case.